```
 1  MARTIN W. PHILLIPS, ESQ. (96576)
    LAW OFFICES OF MARTIN W. PHILLIPS
 2  8180 E. Kaiser Boulevard
    Suite 100
 3  Anaheim Hills, California 92808
    (714)282-2432
 4

 5  Attorney for Movant
    Downey Savings and Loan Association, F.A.
 6

 7              UNITED STATES BANKRUPTCY COURT

 8              NORTHERN DISTRICT OF CALIFORNIA

 9                    SAN JOSE DIVISION

10

11  In Re:                    )  Case No.:09-51935-ASW13
                              )
12  VINCENT ROBERT EPPSTEIN   )  RS # MWP-1
                              )
13                            )  CHAPTER 13
                   Debtors    )
14                            )  SUBSTITUTION OF ATTORNEY
                              )
15  _____)

16              SUBSTITUTION OF ATTORNEY

17      1.   The name of the party making this Substitution of Attorney
18  is Downey Savings and Loan Association, F.A.
19      2.   The name, address and telephone number of the new attorney
20  is as follows:
21  MARTIN W. PHILLIPS, ESQ. (96576)
    LAW OFFICES OF MARTIN W. PHILLIPS
22  8180 E. Kaiser Boulevard
    Suite 100
23  Anaheim Hills, California 92808
    (714)282-2432
24

25      3.   The new attorney hereby appears in all matters relating to
26  //////
27  //////
28  //////
```

1. creditor, Downey Savings and Loan Association.
2.     4.    The new attorney is hereby substituted in as attorney of
3. record in place and stead of the Present Attorney, Joey, DeLeon, Esq.
4.     The undersigned client hereby agrees to the substitution of
5. attorney as set forth herein.
6. Dated: 7/8/09

                               Downey Savings and Loan Assn.
7.                              By Tammie E. Denson, Bankruptcy Manager

8.
9. I consent to the above substitution.
10. Dated: 7-8-09

                              Joey DeLeon, Present Attorney
11.
12. I am duly admitted to practice in this District. The above
13. substitution is accepted.
14.
15. Dated: July 1, 2009           /s/ Martin W. Phillips
16.                               Martin W. Phillips, New Attorney
                               For Downey Savings and Loan Assn.

```
 1                          PROOF OF SERVICE (By Mail)
    STATE OF CALIFORNIA )
 2                      ) ss.
    COUNTY OF ORANGE    )
 3
         I am employed by the Law Offices of Martin W. Phillips, 8180 E.
 4  Kaiser Boulevard, Suite 100, Anaheim Hills, California 92808.  I am
    over the age of 18, and not a party to this action.
 5
         I am readily familiar with the firm's practice of collection and
 6  processing of documents for mailing.  Under that practice, in the
    ordinary course of business, documents are deposited with the U.S.
 7  Postal Service in Anaheim Hills, California, on that same day with
    postage thereon fully prepaid. I am aware that on motion of the party
 8  served, service is presumed invalid if the postal cancellation date
    or postage meter date is more than one day after date of deposit for
 9  mailing in the affidavit.

10       On this day I caused to be served the within SUBSTITUTION OF
    ATTORNEY on interested parties in this action, by mailing a true and
11  correct copy to the following

12  Vincent Robert Eppstein
    255 Chynoweth Avenue
13  San Jose, California                    DEBTOR

14  Stanley A. Zlotoff
    Law Offices of Stanley A. Zlotoff
15  300 S. 1st St., #215
    San Jose, Cal. 95113                    ATTORNEY FOR DEBTOR
16
    Devin Derham Burk
17  P.O. Box 50013
    San Jose, California 95150-0013         CHAPTER 13 TRUSTEE
18
    U.S. Trustee
19  U.S. Federal Building
    280 S. 1st St., #268
20  San Jose, California 95113-3004         U.S. TRUSTEE

21  Joey DeLeon, Esq.
    3501 Jamboree Road, North Tower, Fourth Floor
22  Newport Beach, California 92660         FORMER ATTORNEY

23  [X]  (By Mail) I caused each envelope, with postage fully prepaid, to
         be placed in the United States mail at Anaheim Hills,
24       California.

25       I declare that I am employed in the office of a member of the Bar
    of this Court at whose direction the service was made.
26
         Executed on July 9, 2009, Anaheim Hills, California.
27
                                    _____
28                                  Adriana Gonzalez
```