```
 1  MARTIN W. PHILLIPS, ESQ.
    Bar # 96576
 2  Law Offices of Martin W. Phillips
    8180 E. Kaiser Boulevard
 3  Suite 100
    Anaheim Hills,
 4  California 92808
    Phone:(714)282-2432
 5  Fax:  (714)282-2434

 6  Attorney for Movant,
    Downey Savings and Loan Assn.
 7  its successors and
    assigns
 8

 9  Attorney for Movant
    Downey Savings and Loan Association, F.A.
10
```

The following constitutes the
Order of the Court. Signed August 14, 2009

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VINCENT ROBERT EPPSTEIN<br><br>        Debtor<br>_____<br>DOWNEY SAVINGS AND LOAN<br>ASSOCIATION, F.A., ITS<br>SUCCESSORS AND ASSIGNS<br><br>        Movant<br>vs.<br><br>VINCENT ROBERT EPPSTEIN<br>ANN EPPSTEIN, CO-DEBTOR, AND<br>DEVIN DERHAM-BURK, CHAPTER<br>13 TRUSTEE | Case No.:09-51935-ASW13<br><br>RS # MWP-1    ASW<br><br>CHAPTER 13<br><br>ORDER ON *for adequate protection*<br>MOTION FOR RELIEF<br>FROM THE AUTOMATIC<br>STAY AND CO-DEBTOR STAY<br><br><br><br>DATE: JULY 28, 2009<br>TIME: 12:45 P.M.<br>CTRM: 3020 |

The Motion of Movant, Downey Savings and Loan Association, F.A. (hereinafter "movant") came on regularly for hearing on July 28, 2009

at 12:45 p.m. in the above-entitled court, the Honorable Arthur S. Weissbrodt, Judge presiding. Appearances were as reflected in the record.

Upon consideration of the moving and opposition papers and oral argument presented at the hearing and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

 1. The real property which is the subject of this order is commonly known as 255 Shynoweth Avenue, San Jose, County of Santa Clara, California, (hereinafter the "Subject property") and legally described as:

> Lot 3, as shown on that certain map entitled Tract No. 8008, which map was filed for record in the office of the recorder of the County of Santa Clara, State of California on August 20, 1987, in Book 577 of Maps at Page(s) 34 and 35.

 2. IT IS HEREBY ORDERED that the debtor is to make the regular monthly post-petition payments which come due on movant's loan for the months of August 1, September 1, October 1, November 1, and December 1, 2009 and January 1, 2010.

 3. In the event debtor fails to make the above referenced post-petition payments when they come due, or no later than the grace period for any such payment, movant may give fifteen day written notice of the default to debtor and debtor's attorney. In the event the default is not cured with the 15 day notice period, then the automatic stay and co-debtor stay is modified pursuant to 11 U.S.C. Section 362, *upon further court order, ASW* to allow Movant, its successors and assigns to record a Notice of Default against the subject property.

 4. The Hearing on this matter is further continued to December 15, 2009 at 2:00 p.m. to maintain a place on the court's calendar. When the court's February 2010 calendar becomes available, Movant may

continue the hearing on the motion to a date on the court's February 2010 calendar. Upon continuance of the hearing of the motion to the February 2010 calendar, counsel for movant shall give notice to counsel for debtor of the continued hearing date.

**END OF ORDER**

```
                        COURT SERVICE LIST

Vincent Robert Eppstein
255 Chynoweth Avenue
San Jose, California 95136              DEBTOR

Ann Eppstein
255 Chynoweth Avenue
San Jose, California 95136              CO-DEBTOR

Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S. 1st St., # 215
San Jose, California 95113              ATTORNEY FOR DEBTOR

Devin Derham Burk
P.O. Box 50013
San Jose, California 95150-0013         CHAPTER 13 TRUSTEE

U.S. Trustee
Office of The U.S. Trustee
U.S Federal Building
280 S. 1st Street # 268
San Jose, California 95113-3004         U.S. TRUSTEE
```