```
 1  MARTIN W. PHILLIPS, ESQ. (96576)
    LAW OFFICES OF MARTIN W. PHILLIPS
 2  8180 E. Kaiser Boulevard
    Suite 100
 3  Anaheim Hills, California 92808
    Phone: (714)282-2432
 4  Fax:   (714)282-2434

 5
    Attorney for Movant
 6  Downey Savings and Loan Association, F.A.

 7
                    UNITED STATES BANKRUPTCY COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
                          SAN JOSE DIVISION
10
```

| | |
|---|---|
| In Re: | Case No.:09-51935-ASW13 |
| VINCENT ROBERT EPPSTEIN | RS # MWP-1 |
| | CHAPTER 13 |
| Debtor | |
| | |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., ITS SUCCESSORS AND ASSIGNS | NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY |
| Movant, | DATE: FEBRUARY 23, 2010 TIME: 2:00 P.M. CTRM: 3020 |
| vs. | |
| VINCENT ROBERT EPPSTEIN ANN EPPSTEIN, CO-DEBTOR, AND DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE | |

To Debtors; Vincent Robert Eppstein, Ann Eppstein, Stanley A. Zlotoff, attorney for debtors, the Chapter 13 Trustee Devin Durham Burk, and to all other interested parties:

PLEASE TAKE NOTICE that the hearing on the Motion for Relief From the Automatic Stay filed in the above captioned action originally set for hearing on July 28, 2009, and previously continued to December 15,

1  2009, at 2:00 pm., in courtroom 3020 has been continued as follows:
2      DATE: FEBRUARY 23, 2010
    TIME: 2:00 P.M.
3      CTRM: 3020

5  Dated:    December 15, 2009.    /s/ MARTIN W. PHILLIPS
    MARTIN W. PHILLIPS, ATTORNEY
6      FOR MOVANT, DOWNEY SAVINGS AND LOAN
    ASSOCIATION, F.A.

**PROOF OF SERVICE (By Mail)**

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed by the Law Offices of Martin W. Phillips, 8180 E. Kaiser Boulevard, Suite 100, Anaheim Hills, California 92808. I am over the age of 18, and not a party to this action.

I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, in the ordinary course of business, documents are deposited with the U.S. Postal Service in Anaheim Hills, California, on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

On this day I caused to be served the within NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR'S STAY on interested parties in this action, by mailing a true and correct copy to the following

| | |
|---|---|
| Vincent Robert Eppstein<br>255 Chynoweth Avenue<br>San Jose, California 95136 | DEBTOR |
| Ann Robert Eppstein<br>255 Chynoweth Avenue<br>San Jose, California 95136 | CO-DEBTOR |
| Stanley A. Zlotoff<br>Law Offices of Stanley A. Zlotoff<br>300 S. 1st St., #215<br>San Jose, Cal. 95113 | ATTORNEY FOR DEBTOR |
| Devin Derham Burk<br>P.O. Box 50013<br>San Jose, California 95150-0013 | CHAPTER 13 TRUSTEE |
| U.S. Trustee<br>U.S. Federal Building<br>280 S. 1st St., #268<br>San Jose, California 95113-3004 | U.S. TRUSTEE |

[X] (By Mail) I caused each envelope, with postage fully prepaid, to be placed in the United States mail at Anaheim Hills, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 15, 2009, Anaheim Hills, California.

*/s/ Adriana Gonzalez*
Adriana Gonzalez